N. Ana Garner
Garner Law Firm
PO Box 311
LaPlata, NM  87418- 0311
505-235-3302
garnerlaw@yahoo.com
(*Admitted pro hac vice*)

**Attorneys for Defendants/
Counterclaimants**

Michael O. Roe (ISB No. 4490)
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
mor@givenspursley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., <br><br> Plaintiff, <br><br> vs. <br><br> US FREEDOM FLYERS, INC., A Texas nonprofit corporation; US FREEDOM FLYERS, a North Carolina unincorporated association; JOSHUA YODER, individually and in his capacity as president and board member of US Freedom Flyers, Inc. JONI DUNN, individually and in her capacity as executive director and board member of US Freedom Flyers, Inc.; JESSICA SARKISIAN, individually and in her capacity as representative of the unincorporated association of US Freedom Flyers; VERONICA HARRIS; and RON SOUTHER, <br><br> Defendants (all) <br><br> Counterclaimants (certain parties) | Case No.:  4:23-cv-00380-AKB <br><br> **MEMORANDUM IN SUPPORT OF STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINE** |

## MEMORANDUM IN SUPPORT OF STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND AMENDMENT OF SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 29, DEFENDANTS / COUNTERCLAIMANTS, by and through their attorneys, and upon stipulation by Plaintiff's Counsel, Clyde Taylor of Wagenmaker & Oberly PLLC, move the Court for an Order extending the Discovery Deadline to September 17, 2025 for the limited purpose of taking two depositions, that of Joni Dunn on September 10, 2025, and Joshua Yoder on September 17, 2025.

As grounds therefore, Defendants state as follows:

1. A schedule may be modified only for good cause and with the judge's consent. Fed.R.Civ.Pro. 16(b)(4).

2. Good cause exists due to conflicts of parties and defense counsel that could not accommodate the depositions by the end of August, the current discovery deadline. The parties satisfied the mediation deadline of July 30, and subsequently scheduled two depositions during August (Jessica Sarkisian and Leslie Manookian). However, due to scheduling conflicts for two of the defendants, their depositions could not be scheduled until September.

3. Defendants' and Plaintiff's counsel have conferred with their clients to set depositions of two defendants for September.

4. Extending the discovery deadline will not necessitate extending any other deadlines which have not yet been passed in the current Scheduling Order.

5.  The parties have agreed to the following amended date, for the limited purpose of the Plaintiff concluding the two additional depositions.

6.  The parties respectfully request the Court enter an Order approving the stipulated extension to amend the limited discovery deadline to September 17, 2025, for Plaintiff to take the depositions of Defendants Joni Dunn and Joshua Yoder.

DATED this 26th day of August, 2025.

Respectfully submitted,

*/s/* N. Ana Garner
N. Ana Garner
Email: garnerlaw@yahoo.com

and

GIVENS PURSLEY LLP
Michael O. Roe – Of the Firm
Email: mor@givenspursley.com

Attorneys for
Defendants/Counterclaimants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2025, I filed the foregoing document electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bryan D. Smith                                    X CM/ECF:  bds@eidaholaw.com
SMITH DRISCOLL & ASSOCIATES, PLLC      ☐ U.S. Mail
P.O. Box 50731                                    ☐ Facsimile
Idaho Falls, ID 83405                             ☐ Hand Delivery
*Attorneys for Plaintiff/Counterdefendant*        ☐ Overnight

Sally Wagenmaker                                  X CM/ECF: sally@wagenmakerlaw.com

**MEMORANDUM IN SUPPORT OF STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND AMENDMENT OF SCHEDULING ORDER**  P3

Clyde Taylor                                   X CM/ECF: clyde@wagenmakerlaw.com
Wagenmaker & Oberly, LLC                        ☐ U.S. Mail
53 W Jackson Blvd, Suite 1734                   ☐ Facsimile  312-626-1610
Chicago, Illinois 60604                         ☐ Hand Delivery
*Attorneys for Plaintiff/Counterdefendant*      ☐ Overnight

AND I FURTHER CERTIFY that on such date, I served the foregoing on the following non-CM/ECF registered participants in the manner indicated:

NONE.

                                                */s/ N. Ana Garner*
                                                N. Ana Garner